UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
(732-238-8777
Robert C. Nisenson, Esq.
Attorneys for Debtor
RCN 6680

In the Matter of

RYAN TEICHER

                DEBTOR

**FILED**
JAMES J. WALDRON, CLERK

**SEP 2 6 2012**

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Case No.: 12-21917

Hearing Date: September 24, 2012
Judge: Rosemary Gambardella

Chapter 7

Recommended Local form:        Followed        Modified

### ORDER TO VOID LIEN(S) IN A CHAPTER 7 CASE
### PURSUANT TO 11 U.S.C. SECTION 522(f)

The relief set forth on the following pages, numbered two (2) through _____ is
hereby **ORDERED.**

9/26/12

This matter was presented to the Court on a Motion to Void Judicial Line(s) on the

property described as

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.       Budd Built In Vacuum Cleaners, Docket No.DC –00942408, Middlesex

County, Special Civil Part, New Brunswick, NJ filed on November 13, 2008 in the

amount of $500.00 and in judgment book _____ is hereby vacated.

and it is hereby

ORDERED that the debtor may avoid referenced lien(s) and have same cancelled

of record as to the property, provided that debtor is granted a discharge in this Chapter 7

case.