UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
(732-238-8777
Robert C. Nisenson, Esq.
Attorneys for Debtor
RCN 6680

In the Matter of

RYAN TEICHER

DEBTOR

**FILED**
JAMES J. WALDRON, CLERK

**SEP 2 6 2012**

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Case No.: 12-21917

Hearing Date: September 4, 2012
Judge: Rosemary Gambardella

Chapter 7

Recommended Local form:          Followed          Modified

**ORDER TO VOID LIEN(S) IN A CHAPTER 7 CASE
PURSUANT TO 11 U.S.C. SECTION 522(f)**

The relief set forth on the following pages, numbered two (2) through _____ is
hereby **ORDERED.**

9/26/12

This matter was presented to the Court on a Motion to Void Judicial Line(s) on the property described as

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.     Pinecrest Lake Community, Docket No.201009687, Monroe County, Prothonatory filed on October 7, 2010 in the amount of $2,128.00 in judgment book ___ is hereby vacated.

and it is hereby

ORDERED that the debtor may avoid referenced lien(s) and have same cancelled of record as to the property, provided that debtor is granted a discharge in this Chapter 7 case.